# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **CIVIL ACTION NO.** ) _____ |
| **FILLER PRODUCTS COMPANY, INC.,** | ) ) ) |
| **Defendant.** | |

## COMPLAINT

Plaintiff Norfolk Southern Railway Company, by and through its attorneys, files this Complaint against defendant Filler Products Company, Inc., and in support thereof, avers as follows:

## PARTIES

1. Plaintiff, Norfolk Southern Railway Company ("Norfolk Southern") is a corporation organized under the laws of the Commonwealth of Virginia, with its principal place of business in Norfolk, Virginia. Norfolk Southern operates as an interstate rail carrier subject to the jurisdiction of the U.S. Surface Transportation Board, and is governed by the provisions of the Interstate Commerce Act, 49 U.S.C. § 10101, *et seq.*

29774855 v1

2.     Filler Products Company, Inc. ("Filler Products") is an Alabama company with its principal place of business in Woodstock, AL.

## JURISDICTION

3.     Jurisdiction is based upon 28 U.S.C § 1337(a) as this is a cause of action arising under the Interstate Commerce Act, 49 U.S.C. §§10101, *et seq.*, and specifically 49 U.S.C. § 10746.

## VENUE

4.     Venue properly lies in this district pursuant to 28 USC section 1391(b) because the defendant corporation resides in and is subject to personal jurisdiction in this judicial district, and because a substantial part of the events or omissions giving rise to the plaintiff's claims occurred this judicial district.

## CAUSE OF ACTION
### Failure to Pay Demurrage Charges

5.     Pursuant to 49 U.S.C. § 10746 Norfolk Southern established rules related to the assessment and computation of rail car demurrage charges.

6.     The rules which set forth the manner in which demurrage charges are accrued and assessed are set out in Norfolk Southern's tariffs, which are public tariffs posted on the internet and specifically made available to Filler Products.

7.     Beginning in or about August of 2014 and continuing through February of 2017, pursuant to the terms of Norfolk Southern's rail car demurrage

tariffs, Norfolk Southern agreed to and did release rail cars into the possession of Filler Products, and Filler Products accepted delivery of said rail cars.

8. Filler Products failed to return the rail cars to Norfolk Southern within the allotted "free time", and as a result accrued demurrage charges in accordance with the terms of the governing tariff.

9. Norfolk Southern submitted invoices to Filler Products, in the total amount of $48,200.00, for the demurrage charges that it accrued between August of 2014 and February of 2017.

10. Although demand has been made for payment of the demurrage charges, Filler Products has failed and/or refused to pay said charges.

**WHEREFORE**, Plaintiff Norfolk Southern Railway Company respectfully demands that judgment be entered in its favor and against defendants Filler Products Company, Inc., in an amount not less than $48,200.00, in addition to any finance charges, which accrue up until the time of trial, together with costs, attorneys' fees, and such other relief as the Court may allow.

**DATE**:     June 2, 2017

/s/Al F. Teel  
Al F. Teel (ASB-2400-O84V)

**OF COUNSEL:**  
**BURR & FORMAN, LLP**  
420 North 20th Street  
Wells Fargo Tower, Suite 3400

Birmingham, Alabama  35203
Telephone:  205-251-3000
Facsimile:  205-458-5100
ateel@burr.com

**OF COUNSEL:**

Christopher J. Merrick (*pro hac vice to be filed*)
David M. Krisch (*pro hac vice to be filed*)
**KEENAN COHEN & HOWARD P.C.**
125 Coulter Ave, Suite 1000
Ardmore, PA 19003
Telephone:  (215) 609-1110
Facsimile:  (215) 609-1117
E-mail: cmerrick@freightlaw.net
E-mail: dkrisch@freightlaw.net

*Attorneys for Plaintiff Norfolk Southern Railway Company*

**SERVICE TO BE COMPLETED BY CERTIFIED MAIL AT:**

Filler Products Company, Inc.
c/o Gerald L. Cobern, Registered Agent
Route 1
Woodstock, AL 35188