FILED

2017 Jun-29  PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 7:17-cv-00912-LSC |
| FILLER PRODUCTS COMPANY, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON JUNE 29, 2017.

_____

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

186289